**Minutes of the United States District Court**

**Southern District of California**

**December 13, 2011**

| **Honorable: MARILYN L. HUFF** | **Courtroom Deputy: Thelma Mason** | **ECR: Lynnette Lawrence** |
|---|---|---|

| | |
|---|---|
| 3:09-cv-02847-H (CAB) | Guerriero, et al v. Hollywood Entertainment Corporation, et al |
| Telephonic Status Conference | Attorney for Plaintiff:<br>Raul Cadena (619) 546-0888 |
| | Attorney for Defendant:<br>Matthew S. Effland (213) 438-1291 |

Status Conference – Held. Parties appearing telephonically.

Defendant Hollywood Entertainment Corporation has filed for bankruptcy in the Eastern District of Virginia.

The Court grants plaintiff's oral motion to dismiss case without prejudice.

The Court orders this case terminated and directs the Clerk to close this case.

(Bench Time – 4 minutes)